IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

RAMONIA ROBERTS, INDIVIDUALLY;
RAMONIA ROBERTS AS LEGAL GUARDIAN OF
CHASE ROBERTS, A MINOR; MAPLE BROWN,
INDIVIDUALLY; SANDRA OGLESBY AS LEGAL
GUARDIAN OF ZYRIEL ROBERTS AND AERIEL
ROBERTS, MINORS; AND NAKIMA EQINGS AS
LEGAL GUARDIAN OF CA-LIYAH BARBER, A MINOR            PLAINTIFFS

v.                      No: 2:20-cv-00151 JM

21st CENTURY INSURANCE                                DEFENDANT

## JUDGMENT

For the reasons stated in the order entered this day, judgment is entered in favor of Defendants, and Plaintiffs' complaint is dismissed with prejudice.

DATED this 7h day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE